AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
MICHAEL SCOTT LOCKWOOD

)  Case: 1:22-mj-00220
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 10/13/2022
)  Description: Complaint W/ Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL SCOTT LOCKWOOD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings.

Date: 10/14/2022

Digitally signed by G. Michael Harvey
Date: 2022.10.14 10:57:49 -04'00'

*Issuing officer's signature*

City and state:      Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10-14-22, and the person was arrested on *(date)* 12-15-22
at *(city and state)* Warren, Ohio.

Date: 12-15-22

Theresa A. Carbo
*Arresting officer's signature*

Theresa A. Calko, Special Agent
*Printed name and title*