# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : Case No. 1:22-MJ-002220 (GMH) |
| | : |
| Michael Lockwood, | : |
| *Defendant*. | : |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Defendant, Michael Lockwood, in the above-captioned case.

Dated: January 11, 2023

Respectfully Submitted,

/s/
Samuel C. Moore
District of Columbia Bar No. 1015060
Law Office Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809