**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America | : |
| | : |
| v. | :     Case No. 1:22-MJ-00220 (GMH) |
| | : |
| Michael Lockwood, | : |
| *Defendant*. | : |

**DEFENDANT'S MOTION TO VACATE**
**ACERTAINMENT OF COUNSEL HEARING**

COMES NOW the Defendant, Michael Lockwood, through counsel, and respectfully moves this Court to vacate the ascertainment of counsel hearing that is scheduled for January 19, 2023, at 1:00pm.

At the time of Mr. Lockwood's Initial Appearance on December 22, 2022, he had not yet obtained counsel. The Court scheduled the January 19, 2023, hearing to confirm that Mr. Lockwood had counsel. The undersigned submitted a Notice of Appearance [ECF No. 8] in this case on January 11, 2023, and the ascertainment of counsel hearing is no longer needed by Mr. Lockwood. Counsel is in contact with the Assistant United States Attorney for this matter.

Mr. Lockwood and counsel are aware that the next hearing date is the February 28, 2023, preliminary hearing. The Government does not object to this request.

For the foregoing reasons, Defendant respectfully requests that the Court vacate the scheduled January 19, 2023, ascertainment of counsel hearing.

Dated: January 17, 2023                 Respectfully Submitted,

                                      /s/
                                      Samuel C. Moore
                                      District of Columbia Bar No. 1015060
                                      Law Office Samuel C. Moore, PLLC
                                      526 King St., Suite 506
                                      Alexandria, VA 22314

Email: scmoore@scmoorelaw.com
Phone: 703-535-7809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Vacate was served upon counsel of record through ECF on the date of filing.

/s/ *Samuel C. Moore*
Samuel C. Moore
Law Office of Samuel C. Moore, PLLC
526 King Street, Suite 506
Alexandria, Virginia 22314
Phone: (703) 535-7809
Fax: (571) 223-5234
scmoore@scmoorelaw.com
*Counsel for Michael Lockwood*